FILED
February 20, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **DAVID FETUS,** | § | |
| Petitioner, | § | |
| v. | § | **CIVIL NO. SA-26-CV-989-OLG** |
| **PAMELA BONDI** *et al.*, | § | |
| Respondents. | § | |
| **DAVID FETUS,** | § | |
| Petitioner, | § | |
| v. | § | **CIVIL NO. SA-26-CV-218-OLG** |
| **WARDEN, SOUTH TEXAS ICE PROCESSING CENTER,** *et al.*, | § | |
| Respondents. | § | |

# ORDER

Pending before the Court are the above-captioned cases. In the second-filed case, Petitioner David Fetus filed the Motion to Consolidate and Designate Lead Case (Dkt. No. 2). The Court finds that these cases involve nearly identical questions of law and fact and, thus, should be consolidated. For this reason, the Motion (Dkt. No. 2) is **GRANTED**.

**IT IS THEREFORE ORDERED** that No. SA-26-CV-218-OLG be consolidated into the lead case, No. SA-26-CV-989-OLG.

**IT IS FURTHER ORDERED** that all future filings in relation to these cases be filed under No. SA-26-CV-989-OLG.

The Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** No. SA-26-CV-218-OLG pending further order of the Court.

**IT IS SO ORDERED**.

2

**SIGNED** on February 20, 2026.

                                                  ORLANDO L. GARCIA
                                                  United States District Judge